UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SETH AMOS NELSON,** <br><br> Petitioner, <br><br> v. <br><br> **RANDY TEWS, WARDEN,** <br><br> Respondent. | Case No. CV 16-0070 CJC (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report and Recommendation") and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: March 15, 2016

_____
Cormac J. Carney
United States District Judge