JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH AMOS NELSON, ) | |
| ) | |
| Petitioner, ) | Case No. CV 16-0070-CJC (AJW) |
| ) | |
| v. ) | |
| ) | JUDGMENT |
| RANDY TEWS, Warden, ) | |
| ) | |
| Respondents. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: March 15, 2016

_____
Cormac J. Carney
United States District Judge